John Sherman, Plaintiff in Error, v. C. Edmond Worth, as Judge, etc., Defendant in Error.

Writ of Error to the Circuit Court for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*John W. Bull & R. E. L. Chancey,* for Plaintiff in Error.

*Hilton S. Hampton,* for Defendant in Error.

---

Writ of Error dismissed on motion of counsel for Plaintiff in Error.